No. 4, Original.   THE UNITED STATES, COMPLAINANT, *v.* THE STATE OF MICHIGAN.   November 19, 1906.   Dismissed, on motion of *The Solicitor General* for the complainant.   *The Attorney General* for complainant.   *Mr. Horace M. Oren* and *Mr. Charles A. Blair* for defendant.

---

No. 113.   STEPHEN R. WIGHTMAN, PLAINTIFF IN ERROR, *v.* THE STATE OF CONNECTICUT.   In error to the Supreme Court of Errors of the State of Connecticut.   December 3, 1906. Dismissed with costs, per stipulation.   *Mr. Samuel Park* for plaintiff in error.   *Mr. H. A. Hull* for defendant in error.

---

No. 205.   THE CHICAGO, ROCK ISLAND AND PACIFIC RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* D. ROY MUMFORD. In error to the Supreme Court of the State of Iowa.   December 3, 1906.   Dismissed with costs, on authority of counsel for the plaintiff in error.   *Mr. Robert Mather* for plaintiff in error.   *Mr. N. D. Ely, Mr. Arthur G. Bush* and *Mr. Charles F. Wilson* for defendant in error.